# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RANDY WALTZ, on behalf of himself and similarly situated employees, | : | Case No. 4:16-CV-00469 |
| | : | |
| Plaintiffs, | : | (Judge Brann) |
| | : | |
| v. | | |
| | : | |
| AVEDA TRANSPORTATION AND ENERGY SERVICES INC., and RODAN TRANSPORT USA LTD, | : | |
| | : | |
| Defendants. | : | |

## ORDER

December 27, 2016

**AND NOW**, in accordance with the Memorandum of this same date, **IT IS HEREBY ORDERED THAT**

1. Plaintiffs Randy Waltz and Gary Solinger's Motion for Conditional Certification (ECF No. 30) is **GRANTED**;

2. This action is conditionally certified, pursuant to Section 16(b) of the Fair Labor Standards Act on behalf of the following collective: The 36 individuals already identified by Defendants as being employed by Rodan Transport USA Ltd in the position of Field Supervisor/Truck Push and paid on a day-rate basis between October 10, 2013 and October 10,

2016. Such individuals are referred to herein as "Putative Collective Members;"

3. Within seven (7) business days of the entry of this Order, the parties must jointly submit to the Court proposed language for a notification form to be approved by the Court informing all Putative Collective Members of their right to join this action as party plaintiffs. In drafting the proposed notification language, the parties should "be scrupulous to respect judicial neutrality" and "take care to avoid even the appearance of judicial endorsement of the merits of the action." <u>Hoffman-LaRoche Inc. v. Sperling</u>, 493 U.S. 165, 174 (1989); and

4. Within seven (7) business days after the entry of this Order, Defendants must produce to Plaintiffs' counsel an Excel spreadsheet listing the name, last known address, and last known phone number of all Putative Collective Members.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge